# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN E DEYOE,

                Plaintiff,

        v.

JO ANNE B BARNHART,
Commissioner of Social Security,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C06-5119JKA

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Court AFFIRMS the Social Security Administration's final decision and this matter is DISMISSED in favor of the defendant.

December 20, 2006
Date

BRUCE RIFKIN
District Court Executive

s/Kelly A Miller
By Kelly A Miller, Deputy Clerk